IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES SPENCER WHITEHEAD, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | 5:03-cv-216 (CAR) |
| : | |
| TYDUS MEADOWS, WARDEN, et al., : | |
| : | |
| Defendants. : | |

## *ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 71] that Defendants' Motion for Summary Judgment [Doc. 45] be granted in part and denied in part. Defendants filed an Objection to the Recommendation [Doc. 72]. In his Recommendation, the Magistrate Judge recommends granting summary judgment with respect to Plaintiff's claim of due process violations and denying summary judgment with respect to Plaintiff's claims of deliberate indifference to his serious medical needs in violation of the Eighth Amendment as to Defendants Dr. Oderinde and Dr. Kalu. Having given *de novo* review to those portions of the Recommendation to which Defendants' objections were made, the Court hereby agrees with the Recommendation.

In their objection, Defendants Oderinde and Kalu restate their position that none of the elements of deliberate indifference is supported by the evidence in this case. While the Court does see this as a close case, the Court agrees with the United States Magistrate Judge that a jury could find that the Defendant doctors failed to even try to diagnose Plaintiff's condition over a period of *more than two years*, relying instead on diagnoses that the treating doctors should have realized to

be obviously incorrect. A jury then could find that taking such an avenue represents "easier but less efficacious treatment" in violation of the Eighth Amendment.

Having explained the reasons why the Court agrees with the Recommendation, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. In accordance with the Recommendation [Doc. 71], Defendants' Motion for Summary Judgment [Doc. 45] is hereby **GRANTED IN PART** and **DENIED IN PART**; the claims against Defendants OFFICER SCRIBBLING, TATUM, and Warden TYDUS MEADOWS are hereby dismissed from this action; only the Eighth Amendment deliberate indifference to serious medical needs claims against Defendants DR. ODERINDE and DR. KALU remain.

**SO ORDERED**, this 7th day of September, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH